FILED

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0499

_____

IN RE THE MATTER OF THE ESTATE OF:

CAL R. NUNN,                                             O R D E R

Deceased.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Wm. Nels Swandal, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024